NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMOTHY WETHERINGTON,  )
                       )
            Appellant, )
                       )
v.                     )        Case No. 2D17-3823
                       )
STATE OF FLORIDA,      )
                       )
            Appellee.  )
_____)

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hardee County; Marcus J. Ezelle,
Judge.

PER CURIAM.

Affirmed.  See § 948.06(8)(b)(1), (c)(3), Fla. Stat. (2015); Jeffers v. State,

106 So. 3d 37 (Fla. 2d DCA 2013).

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.